[No. 18383-8-II.   Division Two.   February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ELIZABETH M. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00169-6, Karen B. Conoley, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 17910-5-II.   Division Two.   August 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. UGO
MARTINEZ-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-03934-6, Bruce Cohoe, J., entered January 18, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Fleisher, JJ.

[No. 33572-3-I.   Division One.   October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02922-1, Patricia H. Aitken, J., entered October 18, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 35187-7-I.   Division One.   October 9, 1995.]

*In re the Dependency of* S.H..

DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. HOWARD SCOTT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-7-00408-9, Charles V. Johnson, J., entered August 15, 1994. *Affirmed* by unpublished per curiam opinion.